# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRENDA J. BALLARD,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | |
| **JON BARRY & ASSOCIATES, INC.,** ) | **2:10-CV-156-MEF** |
| a corporation, ) | |
| ) | |
| **DEFENDANTS.** ) | |

## DEFENDANT JON BARRY & ASSOCIATES, INC.'S
## RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Jon Barry & Associates, Inc. ("Barry"), by and through undersigned counsel, and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party must file two copies of a disclosure statement that: (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation."

2. There is no parent corporation or publicly held corporation that owns 10% or more of Barry's stock.

Respectfully submitted,

/s/ L. Jackson Young, Jr.
L. Jackson Young, Jr. (ASB-7946-G65L)
*Attorney for Defendant Jon Barry & Associates, Inc.*

**OF COUNSEL:**
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
(205) 879-8722 – telephone
(205) 879-8831 – telecopier
Email:  ljy@ffdlaw.com


## **CERTIFICATE OF SERVICE**

This is to certify that on this the 5th day of April, 2010, a copy of the foregoing document has been served upon counsel for all parties to this proceeding electronically via CM/ECF:

Penny Hays Cauley, Esq.
HAYS CAULEY, P.C.
Post Office Box 509
Darlington, South Carolina 29540
*Attorney for Plaintiff Brenda J. Ballard*

Ronald C. Sykstus, Esq.
BOND, BOTES, SYKSTUS, TANNER & EZZELL, P.C.
415 Church Street, Suite 100
Huntsville, Alabama 35801
*Attorney for Plaintiff Brenda J. Ballard*

        /s/ L. Jackson Young, Jr.
        Of Counsel